Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia  ▼    FILED  2025 FEB 11  P 12: 23

ALEXANDRIA Division

| | | |
|---|---|---|
| PHELICEA M. REDD | ) | Case No. 1:25 CV 260 (RDA/LRV) |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)*  ☐ Yes  ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| DEPARTMENT OF DEFENSE, DEPARTMENT OF | ) | |
| VETERANS AFFAIRS, DEPARTMENT OF | ) | |
| TREASURY, DEFENSE FINANCE AND | ) | |
| ACCOUNTING SERVICES | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | PHELICEA REDD |
| Street Address | 2630 S VEITCH ST APT 209 |
| City and County | ARLINGTON |
| State and Zip Code | VA 22206 |
| Telephone Number | 9312189919 |
| E-mail Address | PHELICEAREDD@GMAIL.COM |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | DEPARTMENT OF DEFENSE |
| Job or Title (if known) | OFFICE OF THE GENERAL COUNSEL |
| Street Address | 1000 DEFENSE PENTAGON |
| City and County | ARLINGTON |
| State and Zip Code | VA 20301 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | DEPARTMENT OF VETERANS AFFAIRS |
| Job or Title (if known) | |
| Street Address | 810 VERMONT AVE NW |
| City and County | WASHINGTON D.C. |
| State and Zip Code | 20420 |
| Telephone Number | 202-273-5400 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | DEPARTMENT OF TREASURY |
| Job or Title (if known) | |
| Street Address | 1500 PENNSYLVANIA AVE NW |
| City and County | WASHINGTON D.C. |
| State and Zip Code | 20220 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | DEFENSE FINANCE AND ACCOUNTING SERVICES |
| Job or Title (if known) | DFAS |
| Street Address | 8899 EAST 56TH ST |
| City and County | INDIANAPOLIS MARION |
| State and Zip Code | IN 46249 |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                 ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 10: ARMED FORCES   VS  Title 38: VETERANS' BENEFITS
You can cite any subsection under either of those titles and it does not combine Active Duty or Retiree benefits/pay with Veterans benefits or disability compensation pay. I can cite at least ten and you can read them ten times and the verbiage won't change. There's no law that allows commingling of funds, combining of one federal agencies' funds with another federal agency's funds. That's white-collar crime.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

No law establishes DFAS. No law allows the Dept of VA to tell DFAS to reduce my pension from the Dept of Defense or for them to combine my pension with disability compensation pay. Who told the Dept of VA to "coordinate" with DFAS and decide how much to pay me? Did people just sit around the room and decide this without including Congress? How could anybody confuse or combine Title 10 with Title 38? It's nearly impossible. That's like allowing the Postal Service (Title 39) to increase Congress' (Title 2) pay more than the $42k annum authorized (by law), then both agreeing to illegally reallocate funds, and request additonal illegal authorizations to cover the salaries, and Congressmen ending up with six figures annum. Does that make any sense?

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

These people violate my constitutional rights at every turn and have no regard for legislation or laws. They stress me the heck out on a routine basis. They consistently find ways to increase my blood pressure, migraines, depression,etc. I live in a constant state of frustration.

MONETARY DAMAGES: $30,000,000
BASIS: U.S. CONSTITUTION

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11 FEB 2025

Signature of Plaintiff

Printed Name of Plaintiff    PHELICEA REDD

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

FILED

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
____ALEXANDRIA____ DIVISION**

2025 FEB 11 ⊅ 12: 23

PHELICEA REDD
_____
Plaintiff(s),

v.
DEPT OF DEFENSE, DEPT OF VA
DEPT OF TREASURY, DFAS
**Defendant(s),**

Civil Action Number: ___1:25 CV 260___

## LOCAL RULE 83.1 (N) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared or assisted in the preparation of** NEW CASE | OTHER STATUTORY ACTIONS.
**(Title of Document)**

____PHELICEA REDD____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: __11 FEB 2025__ (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____(Date)